1 | Ann M. Cerney, SBN: 068748
Attorney at Law
2 | 42 North Sutter Street, Suite 400
Stockton, California  95202
3 | Telephone: (209) 948-9384
Facsimile:  (209) 948-0706
4 |
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTOR RAYMOND LOPEZ, Jr., | CASE NO. 2:13-cv-00038 CMK |
| Plaintiff, | **STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, Defendant. | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of September 20, 2013, by thirty days, to the new response date of October 21, 2013, and that Defendant's brief will be due November 20, 2013.  This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

DATED: September 10, 2012

                                                BENJAMIN B. WAGNER
                                                United States Attorney
                                                DONNA L. CALVERT,
                                                Acting Regional Chief Counsel, Region IX

*/s/ Ann M. Cerney*                    */s/ Jean M. Turk*
ANN M. CERNEY,                     JEAN M. TURK,
Attorney for Plaintiff                  (As authorized via E-mail on 9/20/13)
                                        Special Assistant U S Attorney
                                        Attorneys for Defendant

```
Ann M. Cerney, SBN: 068748
Attorney at Law
42 North Sutter Street, Suite 400
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff
```

# UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| VICTOR RAYMOND LOPEZ, Jr., | CASE NO. 2:13-cv-00038 CMK |
| Plaintiff, | **[proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file his Motion For Summary Judgment on or before October 21, 2013.

SO ORDERED.

DATED: October 10, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE